**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Dawn Wilkie, individually on behalf of Oscar Wilkie, III, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER FOR STATUS CONFERENCE** |
| vs. | ) ) | |
| Charles Shane Johnson, individually and in his capacity as an Officer of the Minot Police Department, et al, | ) ) ) ) | |
| Defendants. | ) ) | Case No.:  1:20-cv-6 |

**IT IS ORDERED**:

The court shall hold a status conference by telephone on March 2, 2021, at 9:00 AM (CST).

To participate in the conference, counsel shall call the following number and enter the following

access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 6th day of April, 2020.

*/s/ Clare R. Hochhalter* _____
Clare R. Hochhalter, Magistrate Judge
United States District Court

1