IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| DawnWilkie, individually and on behalf of Oscar Wilkie III, deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| Charles Shane Johnson, individually, and in his capacity as an Officer of the Minot Police Department; | ) ) ) ) ) | |
| Todd Haman, individually, and in his capacity as an Officer of the Minot Police Department; | ) ) ) ) | |
| FNU Owens, individually, and in his capacity as Sergeant of the Ward County Jail/Detention Center; | ) ) ) ) | Case No. 1:20-cv-006 |
| Robert Barnard, individually, and in his capacity as Sheriff of Ward County; | ) ) ) | |
| Paul Olthoff, individually and in his Capacity as Captain of the Ward County Jail/Detention Center; | ) ) ) ) | |
| City of Minot; and | ) ) | |
| Ward County, North Dakota, | ) ) | |
| Defendants. | ) | |

On December 15, 2020, Plaintiff Dawn Wilkie filed a Motion for Order to Release Medical Records. She requests that the court enter an order authorizing the release of medical records of Oscar Wilke III ("Decedent") pursuant to authorizations of information that she has executed.

The court **GRANTS** plaintiff's motion (Doc. No. 28) and authorizes the release of

1

Decedent's records as requested by plaintiff and pursuant to the releases that she has executed.

**IT IS SO ORDERED.**

Dated this 18th day of December, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhlater, Magistrate Judge
United States District Court
