# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dawn Wilkie, individually on behalf of Oscar Wilkie, III,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Charles Shane Johnson, individually and in his capacity as an Officer of the Minot Police Department, et al,<br><br>　　　　　Defendants. | **ORDER FOR STATUS CONFERENCE**<br><br><br>Case No.: 1:20-cv-006 |

**IT IS ORDERED**:

The court shall hold a status conference by telephone on March 18, 2021, at 10:00 AM. To participate in the conference, counsel shall call the following number and enter the following access code:

　　Tel. No.: (877) 810-9415

　　Access Code: 8992581

　　Dated this 2nd day of March, 2021.

　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court